UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-0195 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| STELLA MARIE DUNLAP | * | MAG. JUDGE KAREN L. HAYES |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, Stella Marie Dunlap, on March 3, 2015. Defendant was present with her counsel, Ms. Shelley Goff.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that her plea of guilty is knowing and voluntary, and her guilty plea to Count 8 of the Indictment is fully supported by a written factual basis for each of the essential elements of the offense.

In addition, both the government and the defendant have waived their right to object to the report and recommendation. Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant, Stella Marie Dunlap, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Stella Marie Dunlap be finally adjudged guilty of the

offense charged in Count 8 of the Indictment.

      IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

      In Chambers, at Monroe, Louisiana, this 3rd day of March 2015.

                                                        */s/ Karen L. Hayes*
                                                         KAREN L. HAYES
                                                         UNITED STATES MAGISTRATE JUDGE