# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO.  14-0195 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| STELLA MARIE DUNLAP | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Stella Marie Dunlap, and adjudges her guilty of the offense charged in Count 8 of the indictment against her.

Monroe, Louisiana, this 11th day of March, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE